IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CRIMINAL ACTION 10-00075-KD-M |
| | ) |
| CYNTHIA DRONET, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Defendant Cynthia Dronet's letter dated September 12, 2012 (Doc. 26), which the Court construes as a Motion for Early Termination of Probation. Upon consideration, the Court finds that the motion is due to be **GRANTED**.

A review of the record indicates that on June 14, 2010, Defendant pled guilty to one count of delay of mail by a U.S. postal employee, in violation of 18 U.S.C. § 1703. (Doc. 15). On September 10, 2010, the Court sentenced Defendant to probation for a term of five years. (Doc. 24). The Probation Officer assigned to this case has advised the Court that he has no objection to early termination of probation. The Probation Officer states that Defendant has been compliant, has had a stable residence and stable employment, has fulfilled the Court's special conditions (i.e. 180 days of electronic monitoring), has paid her monetary penalties in full, and has no prior criminal history. The Government has also advised the Court that it has no objection to Defendant's request. (Doc. 28).

Pursuant to 18 U.S.C. § 3564(c), after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court "may, pursuant to the Federal Rules of Criminal Procedure, terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by

the conduct of the defendant and the interest of justice." Having considered the relevant factors set forth in § 3564(c) and § 3553(a) — particularly the characteristics of the Defendant and the imperative to impose a sentence sufficient, but not greater than necessary, to afford adequate deterrence to criminal conduct and protect the public from further crimes of the Defendant — the Court finds that Defendant's conduct during her term of probation thus far warrants early termination of probation and that such termination is in the interest of justice. Pursuant to Rule 32.1(c)(2) of the Federal Rules of Criminal Procedure, a hearing is not required on this matter.

Accordingly, it is **ORDERED** that Defendant Cynthia Dronet's Motion for Early Termination of Probation (Doc. 26) is **GRANTED**, the probation term imposed on September 10, 2010, is **TERMINATED**, and Defendant is **DISCHARGED** from supervision.

The Clerk of Court shall send a copy of this order to Defendant by U.S. Mail at her address of record.

**DONE** and **ORDERED** this the **25**th day of **September 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**